UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

     -v-

ARTHUR HAYES, BENJAMIN DELO, SAMUEL REED,
AND GREGORY DWYER

            Defendants.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___8/12/21___

**CONSENT TO PROCEED BY
TELECONFERENCE**

**20-CR-500    (JGK)**

Defendant _____Benjamin Delo_____ hereby voluntarily consents
to participate in the following proceeding via teleconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____Patrick Smith_____

Defense Counsel's Signature

___Benjamin Delo_____
Print Defendant's Name

___Patrick J. Smith_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

___8/12/11___
Date

_____
U.S. District Judge