**Smith Villazor** LLP
250 West 55th Street, 30th Floor
New York, New York 10019
www.smithvillazor.com

Patrick J. Smith
patrick.smith@smithvillazor.com
T   212.582.4400

# SMITH | VILLAZOR

September 1, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted.
> SO ORDERED.
>
> September 1, 2021      /s/ John G. Koeltl
> New York, NY           John G. Koeltl, U.S.D.J.

   Re:   *United States v. Benjamin Delo*, 20 Cr. 500 (JGK)

Dear Judge Koeltl:

   We write to respectfully request an exception to Defendant Benjamin Delo's conditions of pretrial release with respect to upcoming travel from Bermuda to New York, New York. As required, Mr. Delo has notified his Pretrial Services Officer of his itinerary, which has him arriving late Thursday afternoon, September 2, 2021, and departing on Monday morning, September 6, 2021, a federal holiday, to return to Bermuda. Due to short duration of the trip and the holiday weekend, the Pretrial Services Office has asked that we seek the approval of the Court for Mr. Delo to maintain possession of his U.K. passport on this trip rather than deliver it to his Pretrial Services Officer as would otherwise be required. (Dkt. No. 82.) The government has no objection to this application.

                                              Respectfully submitted,

                                              /s/ Patrick J. Smith

                                              Patrick J. Smith
                                              Smith Villazor LLP

cc: AUSA Samuel Raymond