**Smith Villazor LLP**
250 West 55th Street, 30th Floor
New York, New York 10019
www.smithvillazor.com

Patrick J. Smith
patrick.smith@smithvillazor.com
T 212.582.4400

# SMITH | VILLAZOR

September 16, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
9/16/21

Re: *United States v. Hayes, et al.*, 20 Cr. 500 (JGK)

Dear Judge Koeltl:

We represent Defendant Benjamin Delo and write to respectfully request authorization under the Protective Order (ECF No. 41) to cite to certain transcripts provided in discovery, including transcripts designated in this case as "Sensitive Disclosure Material," in Mr. Delo's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction (the "Motion") in the matter captioned *CFTC v. HDR Global Trading Limited, et al.*, Case No. 01:20-cv-08132-MKV. We have conferred with the government, which has no objection to the citation to testimony from the CFTC's investigative transcripts.

Accordingly, we respectfully request authorization from the Court to cite to and use CFTC testimony disclosed in this case, including testimony designated by the government as Sensitive Disclosure Material, in support of Mr. Delo's Motion in the CFTC matter.

Respectfully submitted,

/s/ *Patrick J. Smith*

Patrick J. Smith

Cc: All Counsel of Record (via ECF)