# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**PATRICK J. SMITH**
T 212 582 4400
patrick.smith@smithvillazor.com

July 5, 2022

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

7/5/22

Re:  *United States v. Benjamin Delo*, No. 20 Cr. 500-002 (JGK)

Dear Judge Koeltl:

We write pursuant to Rule 59(e) of the Federal Rules of Criminal Procedure to request an amendment to the Judgment in a Criminal Case (ECF No. 360) entered in the above-referenced matter against Mr. Delo. Specifically, we request that Standard Condition of Supervision Number 8 not apply to contact with Messrs. Hayes and Reed, who are co-defendants with Mr. Delo as well as Mr. Delo's business partners. The Court noted during Mr. Delo's sentencing hearing (Delo Sentencing Hr'g Tr. at 30:16-19) that it had changed Standard Condition of Supervision Number 8 for co-defendant Hayes to allow Mr. Hayes to maintain contact with Messrs. Delo and Reed without obtaining permission from his probation officer. (*See* ECF No. 344 at 2.) We respectfully request that the same change be made to Mr. Delo's judgment to reflect that Standard Condition of Supervision Number 8 not apply to contact with Messrs. Hayes and Reed.

Respectfully submitted,

/s/ Patrick J. Smith

Patrick J. Smith
Smith Villazor LLP