# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**PATRICK J. SMITH**
T 212 582 4400
patrick.smith@smithvillazor.com

July 19, 2022

**Via ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
7/19/22

Re:     *United States v. Hayes, et al.*, No. 20 Cr. 500

Dear Judge Koeltl:

On behalf of defendant Benjamin Delo, we seek an order permitting the redaction of certain information contained in the transcript of Mr. Delo's sentencing hearing held on June 15, 2022. Pursuant to the Court's Individual Practices, Mr. Delo seeks leave to redact certain information that should be treated with caution, including references to his immigration status, family members and related personal matters, individuals with whom he works in connection with his philanthropies, and the name of his flagship philanthropy and the impact on his charitable giving. The proposed redactions have been narrowly tailored to redact only information that could create unnecessary collateral harm and/or invade Mr. Delo's and others' privacy. Because this information falls outside the scope of Federal Rule of Civil Procedure 5.2(a) and Federal Rule of Criminal Procedure 49.1(a), a court order is required to permit the court reporter to redact the requested information. The government, through AUSA Samuel Raymond, does not object to this request.

We are available at the Court's convenience to discuss any questions.

Respectfully submitted,

*/s/ Patrick J. Smith*

Patrick J. Smith
Smith Villazor LLP

Encl. (copy of the June 15, 2022 sentencing hearing transcript with proposed redactions (sent by email))